

# THE THIRTEENTH COURT OF APPEALS

## 13-19-00311-CV

CITY OF BROWNSVILLE, TEXAS, TONY MARTINEZ, ROSE Z. GOWEN, RICARDO
LONGORIA JR., JOEL MUNGIA, BEN NEECE AND JESSICA TETREAU
IN THEIR OFFICIAL CAPACITIES ONLY
v.
BROWNSVILLE GMS, LTD. AND MICHAEL BENNETT

On Appeal from the
445th District Court of Cameron County, Texas
Trial Court Cause No. 2019-DCL-02693-I

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on
appeal, concludes the judgment of the trial court should be reversed and the cause
remanded to the trial court. The Court orders the judgment of the trial court REVERSED
and REMANDED for further proceedings consistent with its opinion. Costs of the appeal
are adjudged against appellees.

We further order this decision certified below for observance.

May 6, 2021